**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       ) | |
| )                                    | |
| **Plaintiff,**  ) | |
| ) | **CRIMINAL ACTION** |
| v.                                   ) | |
| ) | **No. 12-20066-38-KHV** |
| **RIKO CARTER,**                     ) | |
| ) | |
| **Defendant.**  ) | |
| _____) | |

**ORDER**

This matter is before the Court on defendant's Motion To Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #2240) filed July 21, 2020. Defendant seeks compassionate release under 18 U.S.C. § 3582(c)(1)(A) based on his health condition and the COVID-19 pandemic.

The Court may entertain requests for compassionate release only upon a motion of the BOP or of defendant after defendant "has fully exhausted all administrative rights to appeal a failure of the [BOP] to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A). Defendant alleges that on June 19, 2020, the warden at MCFP Springfield received his request for compassionate release. Motion To Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #2240) at 13. Defendant's motion does not address whether the warden responded to his request. **On or before August 17, 2020, defendant shall submit a supplemental memorandum that (1) addresses whether the warden responded to his request for compassionate release and (2) attaches a copy of the warden's response, if any.**

**IT IS SO ORDERED**.

Dated this 10th day of August, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
