IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | No. 12-20066-38-KHV |
| | ) | |
| RIKO CARTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

On May 12, 2014, the Court sentenced defendant to 188 months in prison and five years of supervised release.   On June 8, 2015, the Court reduced defendant's sentence to 151 months under Amendment 782 to the Sentencing Guidelines.   On August 27, 2020, the Court reduced defendant's remaining sentence to time served and imposed a special term of supervised release, which expired on February 19, 2023 when his standard term of supervised release commenced. Defendant has served nearly 18 months of his five-year standard term of supervised release.   This matter is before the Court on defendant's Motion To Terminate Supervised Release (Doc. #2376) filed July 2, 2024.   The United States opposes defendant's motion, but the United States Probation Office does not oppose early termination of supervised release.   For reasons stated below, the Court sustains defendant's motion.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).   The Court has "broad discretion" to grant or deny termination of supervised release.   Rhodes v. Judiscak, 676 F.3d 931, 934 (10th Cir. 2012) (citing Burkey v. Marberry, 556 F.3d 142, 144–45 (3d Cir. 2009)).

The Court has considered the positions of the United States Attorney and the United States Probation Office, as well as the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7).   For substantially the reasons stated in defendant's Motion To Terminate Supervised Release (Doc. #2376) and his Reply To Government's Response To Motion To Terminate Supervised Release (Doc. #2381) filed July 30, 2024, the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Motion To Terminate Supervised Release (Doc. #2376) filed July 2, 2024 is **SUSTAINED**.   The Court terminates the remaining term of defendant's supervised release.   Defendant is discharged.

Dated this 6th day of August, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge